UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DARLA KEMNETZ, et al.,

    Plaintiffs,

    v.

WINNEBAGO OF INDIANA, LLC,

    Defendant.

Case No. 3:22-CV-697 JD

## ORDER

    Before the Court is the parties' stipulated dismissal of the case with prejudice. (DE 16.) Rule 41 is the governing rule because the stipulated dismissal resolves all the plaintiffs' claims against the defendant, and granting it would result in the dismissal of the entire action. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015). The stipulated dismissal is signed by all parties who have appeared.

    The motion to dismiss (DE 16) is **GRANTED**, and all claims are dismissed with prejudice and with each party bearing its own costs. Because this dismissal resolves all claims, the Clerk of the Court is **DIRECTED** to close this case.

    SO ORDERED.

    ENTERED: February 27, 2023

                                                /s/ JON E. DEGUILIO
                                                Chief Judge
                                                United States District Court